UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| JESSICA ROBINSON, STACEY JENNINGS, and PRISCILLA MCGOWAN, individually and on behalf of others similarly situated,<br><br>   Movants,<br><br>v.<br><br>BROOKE HOLDINGS DBA JACKSON HEWITT TAX SERVICE,<br><br>   Respondent. | Case No. 5:21-cv-00314-MTT<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Movants Jessica Robinson, Stacey Jennings, and Priscilla McGowan, through their undersigned counsel, hereby withdraw their motion to compel against Respondent Brooke Holdings d/b/a Jackson Hewitt Tax Service and voluntarily dismiss this action in its entirety, with each party bearing its own fees and costs.

Dated: October 21, 2021      BERMAN FINK VAN HORN P.C.

                By: */s/ William J. Piercy*
                William J. Piercy
                Georgia Bar No. 57962 7
                3475 Piedmont Road, NE, Suite 1100
                Atlanta, Georgia 30305-6400
                Telephone:  (404) 261-7711
                Facsimile:  (404) 233-1943
                Email:  bpiercy@bfvlaw.com

                Christopher K.L. Young (*pro hac vice*)
                JOSEPH SAVERI LAW FIRM, LLP.
                601 California Street, Suite 1000
                San Francisco, California 94108
                Telephone:  (415) 500-6800
                Facsimile:   (415) 395-9940

                    Bradley K. King (*pro hac vice*)
                    AHDOOT & WOLFSON, PC
                    2600 West Olive Avenue, Suite 500
                    Burbank, California 91505
                    Tel: (310) 474-9111
                    Fax: (310) 474-8585
                    bking@ahdootwolfson.com

*Counsel for Movants*